**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SIERRA GOLDEN, MICHELOVE
NONCENT and LESLEY RIVERA,

       Plaintiffs,

v.                                                              Case No:  6:15-cv-1105-Orl-40KRS

EMIE MARKETING, INC.,

       Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Renewed Verified Motion for Attorney Fees and Costs (Doc. 38) filed on February 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 14, 2016 (Doc. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Verified Motion for Attorney Fees and Costs (Doc. 38) is **DENIED**.

3. The Defendant **SHALL NOT** file any further motions for attorney's fees in this case.

**DONE AND ORDERED** in Orlando, Florida on May 3, 2016.

                                                                                      _____
                                                                                      PAUL G. BYRON
                                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2